IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YVONNE E. WILSON,

       Plaintiff,                                                05cv1748

v.                                                         ELECTRONICALLY FILED

CHILDREN'S MUSEUM OF PITTSBURGH,

       Defendant.

### Order of Court

And Now, this 31st day of August, 2006, for the reason set forth in the Memorandum Opinion on Summary Judgment, IT IS HEREBY ORDERED as follows:

(1)     Defendant's Motion for Summary Judgment (doc. no 42) is GRANTED.

(2)     Judgment is hereby entered in favor of defendant and against plaintiff.

(3)     The Clerk shall mark the docket closed.

                                                                        s/Arthur J. Schwab
                                                                        Arthur J. Schwab
                                                                        United States District Judge

cc:     All counsel of record